UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In Re: §
§
SULLIVAN-DAVIS, NIKITA § Case No. 17-13052-PHX
§
Debtor §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/02/2017 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,432.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 165.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 305.64 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 2,961.36 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/27/2018 and the deadline for filing governmental claims was 09/27/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 781.59 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 781.59 , for a total compensation of $ 781.59 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 37.23 , for total expenses of $ 37.23 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2020          By:/s/CONSTANTINO FLORES
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 17-13052-PHX BKM Judge: JUDGE BRENDA K MARTIN | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | SULLIVAN-DAVIS, NIKITA | Date Filed (f) or Converted (c): | 11/02/17 (f) |
| | | 341(a) Meeting Date: | 12/04/17 |
| For Period Ending: | 08/16/20 | Claims Bar Date: | 09/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 Chevy Impala (Based upon Kelley Blue Book sug | 7,290.00 | 0.00 | | 0.00 | FA |
| 2. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America | 21.96 | 0.00 | | 0.00 | FA |
| 4. Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 5. Ken Ondrejko | 1,270.00 | 0.00 | | 0.00 | FA |
| 6. FED & STATE RFDS (u) | Unknown | 3,432.00 | | 3,432.00 | FA |

TOTALS (Excluding Unknown Values)     $8,831.96     $3,432.00     $3,432.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AUGUST 16, 2020-SUBMITTED TFR.

FEBRUARY 11, 2020-CALLED DEBTOR AND LEFT MESSAGE THAT CHECK HAS NOT BEEN CASHED.

JANUARY 14, 2020-MAILED PRO RATA CHECK TO DEBTOR.

JUNE 22, 2019-CASE READY TO TFR.

OCTOBER 23, 2018-AWAITING TAX RETURNS.

JUNE 27, 2018-AWAITING TAX REFUNDS.

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)    Case 2:17-bk-13052-BKM    Doc 22    Filed 09/18/20    Entered 09/18/20 08:19:41    Desc    Ver: 22.02e

Page 3 of 12

Case No.: 17-13052-PHX    BKM    Judge: JUDGE BRENDA K MARTIN                          Trustee Name:              CONSTANTINO FLORES
Case Name: SULLIVAN-DAVIS, NIKITA                                                       Date Filed (f) or Converted (c):  11/02/17 (f)
                                                                                        341(a) Meeting Date:       12/04/17
                                                                                        Claims Bar Date:           09/27/18

MARCH 27, 2018-OPEN FOR TAX RETURNS.

Initial Projected Date of Final Report (TFR): 10/31/18        Current Projected Date of Final Report (TFR): 12/30/20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13052-PHX -BKM | | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|---|
| Case Name: | SULLIVAN-DAVIS, NIKITA | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8881 Checking Account |
| Taxpayer ID No: | *******8198 | | | |
| For Period Ending: | 08/16/20 | | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/18 | 6 | IRS | FEDERAL INCOME TAX REFUND | | 3,432.00 | | 3,432.00 |
| | | | Memo Amount: 249.12 | 1229-000 | | | |
| | | | NON EXEMPT WAGES | | | | |
| | | | Memo Amount: 2,877.24 | 1224-000 | | | |
| | | | FEDERAL INCOME TAX REFUND | | | | |
| | | | Memo Amount: 305.64 | 1280-000 | | | |
| | | | DEBTOR PRO RATA SHARE OF TAX RFN | | | | |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,417.00 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,402.00 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,387.00 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,372.00 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,357.00 |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,342.00 |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,327.00 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,312.00 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,297.00 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,282.00 |
| 06/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,267.00 |
| 12/06/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 3,267.00 | 0.00 |

Page Subtotals 3,432.00 3,432.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13052-PHX -BKM | | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|---|
| Case Name: | SULLIVAN-DAVIS, NIKITA | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8881 Checking Account |
| Taxpayer ID No: | *******8198 | | | |
| For Period Ending: | 08/16/20 | | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 3,432.00 | COLUMN TOTALS | | 3,432.00 | 3,432.00 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 0.00 | 3,267.00 | |
| | | | Subtotal | | 3,432.00 | 165.00 | |
| | | Memo Allocation Net: 3,432.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,432.00 | 165.00 | |

Page Subtotals  0.00  0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13052-PHX -BKM | | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|---|
| Case Name: | SULLIVAN-DAVIS, NIKITA | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******5931  Checking Account |
| Taxpayer ID No: | *******8198 | | | |
| For Period Ending: | 08/16/20 | | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 3,267.00 | | 3,267.00 |
| * 01/14/20 | 007001 | NIKITA SULLIVAN-DAVIS<br>1366 W. 6TH DR.<br>MESA, AZ  85202 | DEBTOR PRO RATA SHARE OF TAX RFN | 8500-004 | | 305.64 | 2,961.36 |
| * 04/21/20 | 007001 | NIKITA SULLIVAN-DAVIS<br>1366 W. 6TH DR.<br>MESA, AZ  85202 | Stop Payment Reversal<br>STOP PAYMENT | 8500-004 | | -305.64 | 3,267.00 |
| 08/03/20 | 007002 | NIKITA SULLIVAN-DAVIS<br>949 SOUTH LONGMORE<br>APT 123<br>MESA, AZ  85202 | DEBTOR PRO RATA SHARE OF TAX RFN | 8500-002 | | 305.64 | 2,961.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 3,267.00 | 305.64 | 2,961.36 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 3,267.00 | 0.00 |
| | | | Subtotal | | 0.00 | 305.64 |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | | 305.64 |
| | | | Net | | 0.00 | 0.00 |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 3,432.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********8881 | 3,432.00 | 165.00 | 0.00 |
| | | Checking Account - ********5931 | 0.00 | 0.00 | 2,961.36 |
| Total Memo Allocation Net: | 3,432.00 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 3,432.00 | 165.00 | 2,961.36 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,267.00    305.64

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13052-PHX -BKM | Trustee Name: | CONSTANTINO FLORES |
| --- | --- | --- | --- |
| Case Name: | SULLIVAN-DAVIS, NIKITA | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******5931 Checking Account |
| Taxpayer ID No: | *******8198 | | |
| For Period Ending: | 08/16/20 | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 16, 2020

Case Number: 17-13052-PHX
Debtor Name: SULLIVAN-DAVIS, NIKITA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | HLS of Nevada, LLC<br>Nevada West Financial<br>PO Box 94703<br>Las Vegas, NV 89193 | Unsecured | | $6,307.73 | $0.00 | $6,307.73 |
| DEBTOR1 999 8500-00 | NIKITA SULLIVAN-DAVIS<br>949 SOUTH LONGMORE<br>APT 123<br>MESA, AZ 85202 | Unsecured | | $305.64 | $305.64 | $0.00 |
| | Case Totals: | | | $6,613.37 | $305.64 | $6,307.73 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-13052-PHX
Case Name: SULLIVAN-DAVIS, NIKITA
Trustee Name: CONSTANTINO FLORES

Balance on hand $ 2,961.36

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CONSTANTINO FLORES | $ 781.59 | $ 0.00 | $ 781.59 |
| Trustee Expenses: CONSTANTINO FLORES | $ 37.23 | $ 0.00 | $ 37.23 |

Total to be paid for chapter 7 administrative expenses $ 818.82

Remaining Balance $ 2,142.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,307.73 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | HLS of Nevada, LLC | $ 6,307.73 | $ 0.00 | $ 2,142.54 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,142.54 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE