ORDERED ACCORDINGLY.

Dated: October 29, 2020



Brenda K. Martin, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| SULLIVAN-DAVIS, NIKITA | ) | CASE NO. 2:17-13052-BKM |
| Debtor(s) | ) | ORDER APPROVING PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES |

CONSTANTINO FLORES, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

**PAYEE AND EXPLANATION** **TOTAL**

TRUSTEE, CONSTANTINO FLORES

    Fees Allowed      $781.59
    Expenses Allowed      $37.23      $818.82

BANKING AND TECHNOLOGY FEES      $165.00

DATED AND SIGNED ABOVE